IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| M.C.C., | : |
|     Petitioner, | : |
| v. | : Case No. 4:26-cv-120-CDL |
| WARDEN, STEWART DETENTION CENTER, *et al.*, | : |
|     Respondents. | : |

### ORDER

Petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued immigration detention. Pet. 2, ECF No. 1. The parties filed a joint motion to transfer venue, contending that Petitioner is currently detained at the Folkston ICE Processing Center in Folkston, Georgia. Joint Mot., ECF No. 5. Folkston, Georgia, is located in Charlton County in the Southern District of Georgia. 28 U.S.C. § 90(c)(4).

Challenges to detention are properly brought in the district in which a detainee is confined. *See, e.g.*, *Rumsfeld v. Padilla*, 542 U.S. 426, 446-47 (2004) ("Whenever a § 2241 habeas petitioner seeks to challenge his present physical

custody within the United States, he should . . . file the petition in the district of confinement."); *Fernandez v. United States*, 941 F.2d 1488, 1495 (11th Cir. 1991) ("Section 2241 petitions may be brought only in the district court for the district in which the inmate is incarcerated."); *see also* 28 U.S.C. § 2241(a).  The Clerk of Court is therefore **ORDERED** to transfer this action to the Waycross Division of the United States District Court for the Southern District of Georgia. *See* 28 U.S.C. § 90(c)(4).

    IT IS SO ORDERED, this 30th day of January, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA